MANN, WYATT & RICE, LLC
201 E. 1st Avenue
P.O. Box 1202
Hutchinson, KS 67504-1202
(620) 662-2400
(620) 662-2443 (Fax)

## IN THE TWENTY NINTH JUDICIAL DISTRICT
## DISTRICT COURT, WYANDOTTE COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| SYDNEY MEINERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-CV-_____ |
| ) | |
| AUTO-OWNERS (MUTUAL) ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to K.S.A. Chapter 60.

### PETITION

In support of this Petition, Plaintiff Sydney Meinert alleges and states as follows:

1. Plaintiff Sydney Meinert ("Plaintiff") is a resident and citizen of the state of Kansas. She resides in Leavenworth, Wyandotte County, Kansas.

2. Defendant Auto-Owners (Mutual) Insurance Company ("Auto-Owners") is an insurance company that conducts business in the state of Kansas. Under K.S.A. § 40-218 and K.S.A. § 60-304(g), Auto-Owners may be served with process through Ken Selzer, CPA, the Commissioner of Insurance for the state of Kansas at 420 SW 9th Street, Topeka, KS 66612, along with a service fee of $25.00. Auto-Owners has 40 days to answer this Petition.

3. The Court has personal jurisdiction over Plaintiff since she has submitted herself to such by filing suit in Wyandotte County.

1

**EXHIBIT 1**

4.       This Court has personal jurisdiction over Auto-Owners under K.S.A. § 40-218 and K.S.A. §60-308(b)(A), (D), (E), (G), (K), and (L), and venue is proper in this Court under K.S.A. § 60-604(2).

5.       This Court has subject matter jurisdiction over the cause of action.

6.       Thomas Urban ("Urban") purchased an insurance policy from Auto-Owners (Policy Number 51-408-099-01 – referred to in this Petition as the "Auto-Owners Policy"), which provided underinsured motorist ("UIM") coverage for Plaintiff if she were to sustain an injury in connection with the ownership, maintenance, or use of any motor vehicle. Urban is the natural grandfather of Plaintiff. At the time of the accident that is the subject of this lawsuit, Plaintiff was driving Urban's vehicle with permissive use. Urban's vehicle was covered by the Auto-Owners Policy.

7.       At all relevant times to this Petition, the Auto-Owners Policy was in effect.

8.       At about 9:21 p.m. on August 2, 2018, Plaintiff was traveling northbound on K-7 Highway in Kansas City, Wyandotte County, Kansas.

9.       At about the same time, William Duncan ("Duncan") was also driving northbound on K-7 Highway in Kansas City, Wyandotte County, Kansas.

10.      Plaintiff was traveling in the left lane of K-7 and had to slow down due to traffic in front of her. The right lane of K-7 was closed on the particular stretch of road involved.

11.      Duncan was traveling in the right lane of K-7, but had to merge to the left lane due to the right lane being closed. Duncan was traveling directly behind Plaintiff, but failed to realize she was slowing down. As a result, Duncan suddenly, violently, and unexpectedly rear-ended Plaintiff.

12. Duncan was negligent and 100% at fault for the collision with respect to the following actions and/or inactions:

    a. Failing to maintain a proper lookout;

    b. Failing to use reasonable and ordinary care to keep his vehicle under proper control;

    c. Failing to either slow or stop his vehicle to avoid an accident; and/or

    d. Rear-ending Plaintiff's vehicle.

13. As a result of the accident, Plaintiff suffered severe bodily injury causing significant ongoing pain, physical limitation, and requiring future medical treatment to address her injuries.

14. Since the collision, Plaintiff has had a limited ability to perform day-to-day activities.

15. As a result of Duncan's negligence, Plaintiff has incurred medical bills and will need future medical care and services to address her injuries and disabilities.

16. Plaintiff made a claim against Duncan for his negligence causing the accident and Plaintiff's subsequent injuries.

17. Duncan's motor vehicle insurance company (State Farm Mutual Automobile Insurance Company) offered to pay Plaintiff the per accident policy limits ($50,000.00) under its liability policy.

18. After receiving the policy limits offer from Duncan's insurance carrier, Plaintiff gave the requisite notice under K.S.A. § 40-284(f) to Auto-Owners advising it of its right to substitute payment. Plaintiff simultaneously made a claim for underinsured motorist benefits under the Auto-Owners Policy. This notice was given August 4, 2020.

19. Despite having ample time to review the claim and review the medical records provided, Auto-Owners has failed, neglected, and/or refused, without just cause, to pay the full amount of UIM benefits due and owed under the Auto-Owners Policy.

20. Auto-Owners' failure to pay Plaintiff the benefits due under the Auto-Owners Policy without just cause or excuse entitles Plaintiff to attorneys' fees under K.S.A. § 40-256.

21. For the above reasons, Plaintiff Sydney Meinert prays for judgment in this action in her favor and against Defendant Auto-Owners in an amount in excess of $75,000.00, for enforcement of the Auto-Owners Policy, for additional incidental and consequential damages that Plaintiff may have or will incur, for fines and penalties pursuant to K.S.A. § 40-401 et seq., for pre- and post-judgment interest at the statutory rate until paid in full, for attorney fees, for costs of this action, and for whatever other relief this Court deems just and proper.

22. In accordance with applicable Kansas law, Plaintiff Sydney Meinert respectfully demands a trial by a jury of 12 persons of all issues raised in her Petition.

Respectfully submitted,

/s Mike Wyatt
Michael J. Wyatt       (#23260)
Samuel B. Schulte      (#27344)
MANN, WYATT & RICE, LLC
201 E. 1st Avenue
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)
mwyatt@mannwyattrice.com
sschulte@mannwyattrice.com
*Attorneys for Plaintiff Sydney Meinert*

**STATE OF KANSAS
DEPARTMENT OF INSURANCE**

## COMMISSIONER'S PROOF OF SERVICE

FILED
2020 NOV -9 PM 12:58
CLERK OF DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

Sydney Meinert

Plaintiff

VS.

Auto-Owners Mutual
Insurance Company

Defendant

Case No. 2020-CV-000609

District Court
Wyandotte County
Kansas City, Kansas

I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on November 5, 2020, I received the Summons and Petition in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

Auto-Owners (Mutual) Insurance Company
c/o The Corporation Company, Inc.
112 SW 7th Street Suite 3C
Topeka, KS 66603

DISPOSITION: Clerk is to indicate final disposition on second copy and forward same to: KANSAS COMMISSIONER OF INSURANCE, 1300 SW ARROWHEAD ROAD, TOPEKA, KANSAS, 66604.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at the City of Topeka, this 5th day of November, 2020.

Vicki Schmidt
Commissioner of Insurance

BY:

Justin L. McFarland
General Counsel

**STATE OF KANSAS**
**DEPARTMENT OF INSURANCE**

## COMMISSIONER'S PROOF OF SERVICE

Sydney Meinert

Plaintiff

VS.

Auto-Owners Mutual
Insurance Company

Defendant

Case No. 2020-CV-000609

District Court
Wyandotte County
Kansas City, Kansas

I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on November 5, 2020, I received the Summons and Petition in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

Auto-Owners (Mutual) Insurance Company
c/o The Corporation Company, Inc.
112 SW 7th Street Suite 3C
Topeka, KS 66603

DISPOSITION: Clerk is to indicate final disposition on second copy and forward same to: KANSAS COMMISSIONER OF INSURANCE, 1300 SW ARROWHEAD ROAD, TOPEKA, KANSAS, 66604.

TO BE COMPLETED BY CLERK:

Dismissed _____
(Date)
Judgment for _____
(Plaintiff or Defendant)
Date _____
Amount of Judgment _____

_____
(Signature of Clerk)

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at the City of Topeka, this 5th day of November, 2020.

Vicki Schmidt
Commissioner of Insurance

BY:

Justin L. McFarland
General Counsel

ELECTRONICALLY FILED
2020 Oct 14 AM 8:30
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000609

Sydney Meinert

vs.

Auto-Owners Mutual Insurance Company

**SUMMONS**

To the above-named Defendant/Respondent:

> Auto Owners Mutual Insurance Company
> C/O Ken Selzer, CPA
> Commissioner of Insurance
> 420 SW 9th Street
> Topeka, KS 66612

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Michael Jay Wyatt
> 201 E. 1st Avenue
> Hutchinson, KS 67501

within 40 days after service of summons on you.



Clerk of the District Court
Electronically signed on 10/14/2020 10:33:44 AM

**Documents to be served with the Summons:**
PLE: Petition Petition