**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SYDNEY MEINERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:20-cv-02604-DRM-ADM |
| AUTO-OWNERS (MUTUAL) | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Sydney Meinert and Defendant Auto Owners Insurance Company, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby provide notice that the above-captioned matter has resolved and further hereby stipulate that this matter shall be dismissed, with prejudice. The parties further agree and stipulate that each party shall bear their own costs.

<table>
<tr><td>

**MANN WYATT TANKSLEY, LLC**

By:/s/Samuel B. Schulte
    Michael J. Wyatt    KS #23260
    Samuel B. Schulte    KS #27344
201 E. 1st Avenue, PO Box 1202
Hutchinson, KS 67504-1202
Phone: (316) 315-5738
Fax :( 620) 662-2443
Email:  mwyatt@mannwyattrice.com
        sschulte@mannwyattrice.com
**ATTORNEYS FOR PLAINTIFF**

</td><td>

**KNIGHT NICASTRO MACKAY, LLC**

By:/s/Brian M. Bartlett
    Derek H. MacKay    KS #23213
    Brian M. Bartlett    KS #23524
304 W. 10th Street
Kansas City, Missouri 64105
Phone: (816) 396-0161
Fax:    (816) 396-6233
Email: mackay@knightnicastro.com
        bartlett@knightnicastro.com
**ATTORNEYS FOR DEFENDANT**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

      I hereby certify that the on April 27, 2021, a copy of the foregoing was filed and served by the Court's CM/ECF system, which serves copies to all attorneys of record.

Derek H. MacKay    KS #23213
Brian M. Bartlett    KS #23524
304 W. 10th Street
Kansas City, Missouri 64105
Phone: (816) 396-0161
Fax:    (816) 396-6233
Email: mackay@knightnicastro.com
        bartlett@knightnicastro.com
**ATTORNEYS FOR DEFENDANT**

                      */s/Samuel B. Schulte*
                      Samuel B. Schulte